

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:16-cv-1227-JRG-RSP

Name of party requesting extension: 3D Security Inc.

Is this the first application for extension of time in this case?

☑ Yes
☐ No

If no, please indicate which application this represents:

☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/22/2016

Number of days requested:

☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date:01/25/2017 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jay B. Johnson

State Bar No.: 24067322

Firm Name: Kizzia Johnson PLLC

Address: 1910 Pacific Ave. Suite 13000
Dallas, TX 75201

Phone: (214)451-0164

Fax: (214)451-0165

Email: jay@kjpllc.com

A certificate of conference does not need to be filed with this unopposed application.